

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA



**F I L E D**

OCT 18 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

*1.* BO ZOU _____

_____
Plaintiff(s)

vs.

*2.* LINDE ENGINEERING NORTH AMERICA, INC. _____
Defendant(s)

Case Number: _____

# 19 CV 554 JED - JFJ

## COMPLAINT - EEOC

Comes now the Plaintiff, _____ BO ZOU _____ and for his/her
claim against the Defendant(s), ____ LINDE ENGINEERING NORTH AMERICA, INC. ____
states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) ____ ASIAN ____ ____ MALE ____ who resides at
   ⟨(Race)⟩ ⟨(Sex)⟩

   ____ 3101 TOWNBLUFF DR. #322, PLANO, TX 75075 ____
   (Complete address)

3. The Defendant ____ LINDE ENGINEERING NORTH AMERICA, INC. ____ is an employer,
   employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   6100 S. YALE AVENUE, # 1200, TULSA, OK 74136

*(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant _____ is an employer,
employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

3b. The Defendant _____ is an employer,
employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

3c. The Defendant _____ is an employer,
employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

3d. The Defendant _____ is an employer,
employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

3e. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

3f. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

4.  On or about _____08/07_____ , _2019_ , defendant(s)
                    (Month/day)      (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

laid me off. During my employment, I have been treated differently than other similarly situated White and younger

employees. On 05/10/19 I communicated with vice president, Mr. David Close and highlighted the unfair treatment.

However, in less than three months of my complaints I was selected for a company wide reduction in force.

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

my race, Asian, in violation of Title VII of the Civil Rights Act of 1964, as amended and in retaliation due to my complaints.

I also believe that I have been discriminated against because of my age (55) in violation of the Age Discrimination.

5.  Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought)   Back Pay, Front Pay, Lost Benefits, Liquidated damages.

Court Cost, etc.

_____

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

_____
Signature

3101 TOWNBLUFF DR. #322_____
Address

PLANO_____     TX    75075_____
City                      State  ZIP

713-835-8655_____
Telephone

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Bo Zou<br>7972 S Sheridan Road. #314<br>#1602<br>Tulsa, OK 74133 | From: Oklahoma City Area Office<br>215 Dean A. McGee Avenue<br>Suite 524<br>Oklahoma City, OK 73102 |
|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative<br>**Rafael Tirado,** | Telephone No. |
|---|---|---|
| **564-2019-01736** | **Investigator** | **(405) 231-5857** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____    September 3, 2019

for: **Holly Waldron Cole,**    *(Date Mailed)*
**Area Office Director**

Enclosures(s)

cc: **Becky Ford**
**Director**
**LINDE ENGINEERING**
**6100 S Yale Ave. #1200**
**Tulsa, OK 74136**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 564-2019-01736 |

| Oklahoma Attorney General's Office, Office of CR Enforcement | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Mr. Bo Zou** | Home Phone *(Incl. Area Code)*<br>**(713) 835-8655** | Date of Birth<br>**1964** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **3101 Townbluff Dr. #322, Plano, TX 75075** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**LINDE ENGINEERING NORTH AMERICA INC.** | No. Employees, Members<br>**500 or More** | Phone No. *(Include Area Code)*<br>**(918) 477-1200** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **6100 S Yale Ave. #1200, Tulsa, OK 74136** | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest **05-10-2019**  Latest **08-07-2019**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment on 10/01/18 as a Piping Engineer. At all times I performed my duties in a satisfactory manner. During my employment I have been treated differently than other similarly situated White and younger employees. On 05/10/19 I communicated with vice president, Mr. David Close and highlighted the unfair treatment. However, the investigation was extremely unfair because neither management nor HR followed up with me and asked me to provide my supporting evidence before they made investigation conclusion, and nothing was done by Linde HQ integrity line after I provided my supporting evidence to Linde HQ integrity line.

Subsequently, in less than three months of my complaints I was selected for a company wide reduction in force, that seems as employee ages were used as grounds for termination.

I believe that I have been discriminated against because of my race, Asian, in violation of Title VII of the Civil Rights Act of 1964, as amended and in retaliation due to my complaints. I also believe that I have been discriminated against because of my age (55) in violation of the Age Discrimination in Employment Act of 1967.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 08/30/2019<br>*Date*        *Zou Bo*<br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.    **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

*Original Complaint letter (Submitted to David Close)*

*on 05/10/2019*

David,

I write you the following issues I saw and experienced since I joined LENA Tulsa last October, and hope that Linde could pay attention to the issues and advance toward great goals.

1. I don't think that engineering manager Jerry Gump is fair in his job. His ethics is in question, either. The reasons are as following:

   a. In LENA's Crestwood and XTO project, the piping design engineer Kenney Sharp, who is responsible for materials and project piping specs, made a very big mistaken. All the ball valves were designed with short pattern type. However, the valves information was issued to procurement department with long pattern ball valves. After the long pattern ball valves were purchased and shipped to Linde, and all the piping isometric drawings were issued to the client. Linde found the mistaken at that time. Linde must re-update piping isometric drawings and re-issue the isometric drawings to the client due to no choice in replacing long pattern ball valves with short pattern valves. It not only costed piping designers in LENA Tulsa and Houston a lot of labors but also let LENA lose trust from the client. However, Jerry Gump and former head of operation Art Thompson never punished Kenney Sharp, but rewarded Kenney Sharp on April 25, 2019. Jerry Gump is unfair in his job.

   b. I finished LENA's piping technical specs (see attached e-mail and some evidences) on Feb. 21, 2019 based on LENA's requirements for GSP (stock plant) project. However, Kenny Sharp wanted to hide or cover his mistaken in cryogenic ball valve seat materials and other materials existing in Crestwood and XTO project, and misguided, lied and cheated manger, piping group lead and other people because Kenny Sharp never wanted to correct the mistaken in Crestwood and XTO piping specs. I told some people in bi-weekly meeting on March 13, 2019 that cryogenic ball valve seat material RTFE is wrong for cryogenic service and provided some evidences to Jerry Gump on March 14, 2019. Jerry Gump finally accepted my suggestions and commanded Kenny Sharp to combine my suggestions into XTO piping specs on March 27, 2019. However, Kenny Sharp only took some modification, and told me that Martin Dryden said that all the modifications would be done for later projects, not this time. But, it's not true. On April 17, 2019, Kenny Sharp used Martin Dryden's name and his name to issue stock plant piping specs, **whose most modifications for cryogenic valves come from my finished technical specs on Feb. 21, 2019.** Unfortunately, there is still mistaken in the stock plant piping specs issued by Kenny Sharp because Kenny Sharp only took most of specs I finished on Feb. 21, 2019. On April 29, 2019, Kenny Sharp let me copy XTO specs as Husky 1 & 2 specs. I found that there is mistaken in XTO specs. I refused to put my name on Husky 1 & 2. Kenny Sharp agreed to modify some mistaken but still keep some that no big impact to project. On April 18, 2019, I told procurement manager Randy Roger that Kenny Sharp's issues when we talked about ball valves. However, Randy Roger immediately reported to Art Thompson. And then, Art Thompson told Jerry Gump. Jerry Gump still rewarded Kenny Sharp in company employee party on April 25, 2019. I think that Jerry Gump challenged Linde's fairness using his manager power. Kenny Sharp made big mistaken and purposed not to correct the mistaken is not punished but rewarding. It really happened in Linde today. How could Kenny Sharp misguide, lie even cheat other people, and never take any responsibility for his mistaken? The reason is that Jerry Gump supports him. So, Kenny Sharp can do everything as he wants to do, and ignore any LENA's requirements and regulations. Where is Jerry Gump's fairness and ethics? I think that Jerry Gump is in professional misconduct.
   (Note: I can provide all the evidences for Kenny Sharp's lie and cheat.)

   c. Jerry Gump and Art Thompson promoted Adam Milad with abnormal way. Adam Milad couldn't do anything in equipment calculation, data sheets and drawing review as an equipment engineer in Linde. However, he was promoted as Engineering manager I by Jerry Gump and Art Thompson this year. Jerry Gump is the operator of promotion. Where is Jerry's fairness? To my knowledge, Adam Milad couldn't do anything in Honeywell (UOP), either. He was fired by Honeywell for his bad performance and only worked four and half a days in

one week as he is in Linde. However, he helped vendor BWFS to bid for Linde's project. BWFS couldn't get any order from Crestwood project, and only one equipment order from XTO project. But, BWFS got all equipment orders for Linde's stock plant. Nobody could believe the fact. I doubt that Adam Milad leaked other vendor's bid information to BWFS because Adam Milad has been having very close relationship with BWFS since he was in Honeywell, and Adam Milad is the project manager of stock plant. Also, BWFS submitted their bid very late compared with the other vendors. When Adam Milad was in Honeywell, BWFS got a lot of order from Honeywell, too. However, when Adam Milad was fired from Honeywell, BWFS almost couldn't get any order.

(Note: I can bring witness to confirm Adam Milad's performance in Honeywell. Also, we can easily verify Adam Milad's performance as an equipment engineer in Linde)

d.  Jerry Gump also let senior system engineer Bob Wang monitor me in order to know about what my said. I finally found Bob Wang's behaviors and act. Now, Bob Wang is blackening and putting dirty on President Carlos Conerly. He said that Art Thompson shouldn't be fired because Art Thompson had worked in Linde more than 20 years, and the e-mail sent to all the employees in LENA Tulsa by Carlos Conerly on May 2, 2019 is not good. He told another employee and me that Carlos Conerly ever worked at Exterran. However, Carlos Conerly was ill for long time at Exterran. Also, Carlos Conerly never has any college degree. His meaning is that Carlos Conerly is not qualified for LENA Tulsa President position. I rebut him that Bill Gates doesn't have any college degree, either. However, Bill Gates is a great Founder and leader for Microsoft. Carlos Conerly has experiences in Exterran, and only people from other companies could see what problems LENA Tulsa has. Art Thompson rarely came to 12 floors to supervise engineer job and solve engineering issues. Art Thompson only depended on Jerry Gump and Randy Roger. However, I don't think that they are competent in his jobs (At least, I think so.). I believe Carlos Conerly could make a big change for LENA Tulsa. To my knowledge, Bob Wang couldn't do good work in Crestwood project. The client ordered Bob Wang to carry out and finish any modification provided by the Client for P&ID without his any idea or consent now. Otherwise, the client gives Linde warning. The client insulted him, and also indirectly insulted Linde.

(Note: Another employee can confirm Bob Wang's comment on Carlos Conerly)

e.  About my issues:

*Supporting my charge of discrimination on race and age.*

Jerry Gump cancelled my some training and doesn't give me the job, I should have with my job duty and job title, to do after I joined LENA Tulsa only one and half a week. Also, I was excluded all the project meetings only as optional choice. I was excluded Linde's specs meeting, which is joined by some employees including all LENA locations. I was permitted to join the meeting on May 02, 2019. It's very coincidental that Art Thompson was fired only two days. However, the meeting has been started since Feb. 28, 2019. The meeting on May 02, 2019 is the last meeting for Linde's specs in the first stage. Actually, doing specs is my work duty. However, I was prohibited to join the meeting. I want to know what is the reason. I asked HR about my job issues on May 06, 2019. HR supervisor Aaron Watson told me that I have no any problem from HR side. Based on my speculation, the only reason is that BWFS involved in my job issues because only Adam Milad and Jerry Gump knew that I ever worked in BWFS and had some conflicts with Carlos Hernandez in BWFS because Adam Milad has very close relationship with Carlos Hernandez. From Adam Milad was promoted by Jerry Gump and Art Thompson, and I wasn't give the job to do, I think that Jerry Gump has very close relationship with BWFS, too.

I hope that LENA Tulsa can advance greatly under President Carlos Conerly's leadership. Thank you for your attention.

Sincerely,

George Zou

Attachment 1:
supporting my complaint to Linde management and my charge against Linde's discrimination on my race and age.



I found the mistakes in Kenny Sharp's XTO project specs on Jan. 14, 2019. However, my good work was ignored and mistakes were kept in these specs and later project specs.

## George Zou

| | |
|---|---|
| **Subject:** | Valve selection choices, industry standards discussion |
| **Location:** | LBPP - 12 North Conference Room/LBPP - Tulsa |
| **Start:** | Tue 2/19/2019 10:00 AM |
| **End:** | Tue 2/19/2019 11:00 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Randy Finfrock |
| **Required Attendees:** | Kenny Sharp; Stewart Schmitt; George Zou; Dustin Duncan; Bob Wang; Amol Sawant; Trey Hamra (thamra@ipipes.com); Dennis Johnson (djohnson@ipipes.com) |

*Vendor*

Linde invited valve vendor to come to consult PCTFE as ball valve seat. And, valve vendor confirmed my opinions are correct. So, I issued the updated technical specs on Feb. 21, 2019.

1

## George Zou

| | |
|---|---|
| **Subject:** | Jatasco - Valve Selection choices, industry standards discussion |
| **Location:** | LBPP - 12 Northeast Conference Room/LBPP - Tulsa |
| | |
| **Start:** | Tue 2/19/2019 2:00 PM |
| **End:** | Tue 2/19/2019 3:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Randy Finfrock |
| **Required Attendees:** | Kenny Sharp; Stewart Schmitt; George Zou; Dustin Duncan; Bob Wang; Amol Sawant; chuck@jatasco.com |

Linde invited valve vendor to come to consult PCTFE as ball valve seat. And, valve vendor confirmed my opinions are correct. So, I issued the update of technical specs on Feb. 21, 2019.

Another vendor

## George Zou

| | |
|---|---|
| **Subject:** | WOLSELEY visit,- Valve selection choices, industry standards discussion |
| **Location:** | LBPP - 12 Northeast Conference Room/LBPP - Tulsa |
| **Start:** | Thu 2/21/2019 2:00 PM |
| **End:** | Thu 2/21/2019 3:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Randy Finfrock |
| **Required Attendees:** | Kenny Sharp; Stewart Schmitt; George Zou; Dustin Duncan; Bob Wang; Amol Sawant; Phillip Martin (phillip.martin@wolseleyind.com); Kody.Josserand@wolseleyind.com |

Linde invited valve vendor to come to consult PCTFE as ball valve seat. And vendor confirmed my opinions are correct. So, I issued the updated technical specs on Feb. 21, 2019.

Another vendor

1

## George Zou

| | |
|---|---|
| **From:** | George Zou |
| **Sent:** | Thursday, February 21, 2019 5:15 PM |
| **To:** | Jerry Gump |
| **Cc:** | Kenny Sharp; Eli McDaniel; Randy Finfrock; Randy Rogers; Art Thompson |
| **Subject:** | T-specs ready for review |
| **Attachments:** | &AF 000 L-SG T1300.doc; &AF 000 L-SG T1311.doc; &AF 000 L-SG T-A10.doc; &AF 000 L-SG T-A40.doc; &AF 000 L-SG T-A90.doc; &AF 000 L-SG T-B10.doc; &AF 000 L-SG T-B40.doc; &AF 000 L-SG T-B50.doc; &AF 000 L-SG T-B60.doc; &AF 000 L-SG T-C10.doc; &AF 000 L-SG T-C40.doc; &AF 000 L-SG T-C50.doc; &AF 000 L-SG T-C60.doc; &AF 000 L-SG T-I11.doc |

Jerry,

I have finished T-specs update. Attached are the priority T-specs for standard plant for Kenny, Eli and Randy Finfrock's review. Also, I give the file link as following.

\\D6S22.le.grp\departments\Engr_PL\Piping Engineering\LPP Tech Specifications - Piping\LENA-Tulsa StdPipnSpecs\LENA_T_Specs\Piping Class 12-04-2018\T-Specs\T-Spec updated

There are two folder there.

| | | |
|---|---|---|
| Other T-Specs | 2/21/2019 9.29 AM | File folder |
| T-Specs for STD Plant | 2/21/2019 10:21 AM | File folder |

The T-specs update includes three major modifications listed as follows:

1. The seats and seals materials of **ALL** ball valves and 3"-6" butterfly valves are wrongly applied in Cryogenic services in previous T-specs edition. RTFE seats couldn't be used below -50°F. So, the purchase requisitions for Crestwood and XTO cryogenic valves all are wrong. Now, I got information from Randy that one Italia valve vendor OMB followed Linde's valve requisition to provide cryogenic valves. If so, these cryogenic ball valves shall fail in the future. However, this is not procurement department mistaken, but T-specs wrong.

2. Ball valve tagging system is modified, especially Fire safe seats and seals are re-specified. Max. 400°F was specified for all ball valve in previous T-specs edition. Now, it is specified above 400°F in compliance with fire safe definition and design.

3. In T-C40 spec. TFE seats that some ball valves use are changed to RTFE seats because of Class 600.

Kenny, Eli and Randy Finfrock could start to review these specs. After that, we could discuss the T-specs and issue these specs finally.

Thanks,

Modification suggestion 2

Sincerely,

George

I finished and updated Linde's technical specs on Feb. 21, 2019, and did good work in technical specs for Linde's GSP plant and future projects. But my work is ignored and some mistakes were still kept in later project specs by Kenny Sharp. Especially, My modification suggestion 2 is ignored in Crestwood, XTO, GSP plant and Husky 1 & 2 projects until I was in charge of LR6400 and LRSV 200 projects in July, 2019.

## George Zou

| | |
|---|---|
| **Subject:** | LENA-Tulsa Valve Tagging Specification Changes |
| **Location:** | LBPP - 12 Northeast Conference Room/LBPP - Tulsa |
| | |
| **Start:** | Wed 3/6/2019 9:00 AM |
| **End:** | Wed 3/6/2019 10:00 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Kenny Sharp |
| **Required Attendees:** | George Zou; Jerry Gump; Dustin Duncan; Eli McDaniel; Randy Finfrock; Randy Rogers; Andrew Connor; Stewart Schmitt; Bob Wang; Grant McCool; Nancy Hubbard; Adam Milad; Michelle Church |

Linde discussed the issue in valve system on March 6, 2109. However, no any changes happened since then because Kenny Sharp controlled it until I was in charge of LR6400 and LRSV200 in July, 2019.

All,

The Piping Engineering folks are in the process of making a number of changes to the LENA-Tulsa valve tagging T-Spec (particularly to the ball valve tagging system, pp 11-13), and we realize that it would be advantageous for y'all to be informed and make comments to the document being rolled-out.

Please refer to the attachments prior to the meeting, as we will likely need to cover plenty of ground in order to make the necessary changes in a timely fashion. The 2 attachments are the approaches taken by George Zou and myself to incorporate the key developments moving forward (for discussion regarding the changes to the ball valve tagging system). If y'all have any questions, please let me know.

Thank you kindly,
Kenny Sharp

Meeting Outline:
- Ball Valve Tagging System
    - End Connections Digit Changes/Considerations
    - Trim Digit Changes/Considerations
    - Temperature Tolerance Distinctions
    - "Fire-Safe" Definition/Update
    - Short/Long Pattern Notation

- Any Other Valve Tagging Systems

1

## George Zou

| | |
|---|---|
| **Subject:** | Cryogenic Valve issue for Crestwod and XTO |
| **Location:** | LBPP - 12 Northeast Conference Room/LBPP - Tulsa |
| | |
| **Start:** | Thu 3/14/2019 11:00 AM |
| **End:** | Thu 3/14/2019 11:30 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | George Zou |
| **Required Attendees:** | Jerry Gump; Kenny Sharp; Eli McDaniel |
| **Resources:** | LBPP - 12 Northeast Conference Room/LBPP - Tulsa |

On March 14, 2019, I told Jerry Gump, Sharp Kenny and Eli McDaniel RTFE as valve seat for cryogenic service would fail. However, they didn't take my suggestions until I recall them on March 27, 2019 meeting. See next page.

1



Shop = socketweld

Field Construction = threaded

AlO versus All
↳ modify default to SW

Linde Tulsa versus LEHQ spec offerings
    LEHQ ≠ fluid codes (ie. natural gas), ETC
    △ use LENA Tulsa Tier 1 (12 specs) for Standard Pla

Specs to use: XTO Specs w/add'l refinements →

GSP Stock Plant
move forward with
XTO Specs as-is

B66P5F - RTFE    "S"

ANGE · VALVE TAG IN MODEL

→ B66'2ØFE - PCTFE (KEL F) "Ø"

T Spec - RTFE for <-30°F in spec.    wait for vendor response
    - Small bore use LTFE, use SS
    - add THRD valves for instruments (PDS)

A90 - Flare

March 27, 2019  Bi-weekly Piping ENGR Meeting

---

This occurred on March 27, 2019. It passed more than one month after I finished the technical specs. However, Kenny never used my updated technical specs and kept mistakes in later project specs.

---

This is one of Kenny lied and cheated evidences. Kenny told all meeting participants that for RTFE used lower than -50 Deg.F, he was waiting for valve vendor's confirmation and response. Actually, valve vendor came to Linde on Feb. 19 and 21, 2019 (see this evidence page 1-3), and confirmed that RTFE could NOT be used lower than -50 Deg.F. My updated technical specs finished on Feb, 21, 2019 were ignored until this meeting. I rebut Kenny and told all participants that valve vendor had came in Feb. and confirmed RTFE could not be used lower than -50 Deg.F. So, Jerry Gump asked me to provide paper evidences to demonstrate RTFE couldn't be used lower than -50 Deg.F. After I provided the technical evidences for Jerry Gump, Jerry Gump had no choice to ask Kenny to change RTFE to PCTFE in technical specs.

**LINDE ENGINEERING NORTH AMERICA, INC.**

**PIPING SPECIFICATION**

**150# SULFINOL AND AMINE SYSTEMS**

**SERVICE:** PIPING DESIGN AND MATERIAL SPECIFICATION

Doc. No.: &AFA5D2 000 R-SS A20

Issue: 01     Page 8 of 10

> These mistakes were ignored and kept in all specs made by Kenny until I was in charge of LR 6400 project in July, 2019.

| | | |
|---|---|---|
| | B63A5R | Class 600 threaded ball valve w/ 316 SS ball (max. 400°F) |
| | B63A6R | Class 600 threaded ball valve w/ 316 SS ball (max. 400°F, fire safe) |
| 2" thru 6" | B33P2RL | Class 150 flanged ball valve (max. 400°F) |
| | B33P3RL | Class 150 flanged ball valve (max. 400°F, fire safe) |
| 8" | B33P2RA | Class 150 flanged ball valve (max. 400°F) Gear operated |
| | B33P3RA | Class 150 flanged ball valve (max. 400°F, fire safe) Gear operated |
| 10" thru 24" | B33Q2RA | Class 150 flanged trunnion ball valve (max. 400°F) Gear Operator |

Ball - (Full Port – where required)

| | | |
|---|---|---|
| 1-½" and smaller | B63A1F | Class 600 threaded ball valve (max. 200°F) |
| | B63A2F | Class 600 threaded ball valve (max. 400°F) |
| | B63A3F | Class 600 threaded ball valve (max. 400°F, fire safe) |
| 1-½" and smaller | B63A4F | Class 600 threaded ball valve w/ 316 SS ball (max. 200°F) |
| | B63A5F | Class 600 threaded ball valve w/ 316 SS ball (max. 400°F) |
| | B63A6F | Class 600 threaded ball valve w/ 316 SS ball (max. 400°F, fire safe) |
| 2" thru 6" | B33P2FL | Class 150 flanged ball valve (max. 400°F) |
| | B33P3FL | Class 150 flanged ball valve (max. 400°F, fire safe) |
| 8" | B33P2FA | Class 150 flanged ball Valve (max. 400°F) Gear operated |
| | B33P3FA | Class 150 flanged ball valve (max. 400°F fire safe) Gear operated |
| 10" thru 24" | B33Q2FA | Class 150 flanged trunnion ball valve (max. 400°F) Gear Operator |

The reproduction, distribution and utilization of this document as well as the communication of its contents to others without express authorization is prohibited. Offenders will be held liable for the payment of damages. All rights reserved in the event of the grant of a patent, utility model or design. Refer to protection notice ISO16016

## LINDE ENGINEERING NORTH AMERICA, INC.



### PIPING SPECIFICATION

| | | | | |
|---|---|---|---|---|
| Customer: | **XTO Energy** | Job No. | **A5D2** | |
| Plant: | **Husky 1 Cryo Plant** | Doc. No. | **&AFA5D2 000 R-SS A10** | |
| Location: | **Eddy County, NM** | Issue | **01** | |
| Service: | **150# GENERAL PROCESS AND UTILITY PIPING DESIGN AND MATERIAL SPECIFICATION** | | | |

| ISSUE | STATUS | DATE | DESCRIPTION | BY | CHKD | APPR |
|---|---|---|---|---|---|---|
| 01 | IFF | 05/01/19 | Issued For Fabrication | | | |

*ADD INITIALS, PLEASE*

> I refused to put my name here. Also, I reported to Jerry Gump that there are some mistakes that Kenny Sharp refused to change them. Jerry Gump answered me that if I didn't sign my name here, also let CHKD and APPR empty.

> Yellow color is marked by Kenny Sharp and words written by him, too. He asked me to put my name in BY area, CHKD in his name, APPR in project manager's name. However, I refused to put my name on it because of mistakes still existing in specs.

**ATTACHMENTS:**

| SPEC. NO. | DESCRIPTION | NO. OF PAGES | ISSUE | ISSUE DATE |
|---|---|---|---|---|
| | | | | |

The reproduction, distribution and utilization of this document as well as the communication of its contents to others without express authorization is prohibited. Offenders will be held liable for the payment of damages. All rights reserved in the event of the grant of a patent, utility model or design. Refer to protection notice ISO16016
Form No. QA-F063 r001 (2010/04/15)

**LINDE ENGINEERING NORTH AMERICA, INC.**

Linde

**PIPING SPECIFICATION**

| SERVICE: | 150# GENERAL PROCESS AND UTILITY PIPING DESIGN AND MATERIAL SPECIFICATION | Doc. No.: | &AFA5D2-000-RSS-A10 |
|----------|---|---|---|
| | | Issue: 01 | Page 10 of 10 |

&AF 000 L SG T-1310, "Acceptable Threaded Pipe Sealants". Tape is not acceptable under any circumstances.

2.  All welds shall be made as defined in the Welding Procedure Specifications.

3.  Stress Relief per paragraph 331 of ASME B31.3 – 2014 and later revision. *2016*

    For P1 material, Stress Relief (PWHT) is required. If the following co~~documented, then exemption from Stress Relief (PWHT) is permitted~~

    a)  Pipe wall thickness is ≤ 3/16",

    b)  Pipe wall thickness is between 3/16" & 1" and has multilayer

    c)  Pipe wall thickness is > 1" and if pre-heat temperature of 200 welding and multiple layer welds are used. The approved WP maintaining a minimum 200°F (95°C) pre-heat temperature,

    d)  The weld is a single pass weld and the WPS is qualified with thickness using a single pass weld with ±10% Heat Input and

4.  Examination and inspection of piping and weldments shall be in accorda edition, Chapter VI. *– 2016*

5.  For Carbon Steel piping and fittings thicker than 1/2", impact testing is req (-) 20 Deg. F. per ASME B31.3 para 302.2.1 and 323.2. This depends up and pipe stresses. Piping engineer will determine if impact testing is requ

    > The yellow sentence and red word "2016" were marked by Kenny Sharp. Kenny Sharp must (had to) change the mistake "2014" to "2016" on Husky 1 & 2 piping specs on May 1, 2019 because I refused to put my name on the specs and reported to the manager Jerry Gump. But, Kenny Sharp didn't change other mistakes on specs. So, I finally didn't sign my name on the specs.
    > Other mistakes still exist in Husky 1 & 2 specs. However, my warning and report was ignored by the manager Jerry Gump and Kenny Sharp.

6.  Impact testing is required for A516 Gr.70N plate thickness greater than 1.25" for min. design temperature of - 20° F and lower per Fig. 323.2.2A of ASME B31.3. – *2016*

**END OF SPECIFICATION**

The reproduction, distribution and utilization of this document as well as the communication of its contents to others without express authorization is prohibited. Offenders will be held liable for the payment of damages. All rights reserved in the event of the grant of a patent, utility model or design. Refer to protection notice ISO16016
Form No. QA-F063 r001 (2010/04/15)

**Attachment 2.**

**George Zou**

Linde just started LRSV 200 project in the middle of July, 2019. LR6400 project doesn't start yet. I was in charge of two projects. However, I was laid off quickly. My jobs were taken by young WHITE engineers. The file supports my charge of race, age and retaliation discrimination.

| | |
|---|---|
| **From:** | Jerry Gump |
| **Sent:** | Friday, July 26, 2019 12:53 PM |
| **To:** | George Zou |
| **Cc:** | Eli McDaniel |
| **Subject:** | RE: Path Forward to Issuing Pipe Specifications and TSpecs |

George –

You are the lead for the LR6400 and LRSV200 with your name on the specification.  Thank you for asking for a clarification.

Best Regards,

Jerry Gump, P.E.
Manager of Engineering - Natural Gas

Linde Engineering North America Inc.
6100 South Yale Avenue, Suite 1200, Tulsa, Oklahoma 74136, USA
Phone: +1.918.477 1143, Cell: +1.469.343.9090
jerry.gump@linde.com, www.leamericas.com

**From:** George Zou
**Sent:** Friday, July 26, 2019 9:46 AM
**To:** Jerry Gump <Jerry.Gump@linde.com>
**Cc:** David Close <david.close@linde.com>; Kathryn Green <kathryn.green@linde.com>; Brett Hughes <Brett.Hughes@linde.com>; Eli McDaniel <Eli.McDaniel@linde.com>
**Subject:** RE: Path Forward to Issuing Pipe Specifications and TSpecs

Jerry,
For LR6400 and LRSV200 project specification, two persons' names couldn't be put on the specification at the same time, i.e. the job could only be done by one person. Please advise.
Thanks,

Sincerely,
George

**From:** Jerry Gump
**Sent:** Tuesday, July 23, 2019 4:32 PM
**To:** Eli McDaniel <Eli.McDaniel@linde.com>; George Zou <George.Zou@linde.com>; Kenny Sharp <kenny.sharp@linde.com>; Martin Dryden <Martin.Dryden@linde.com>; Dustin Duncan <dustin.duncan@linde.com>
**Cc:** David Close <david.close@linde.com>; Kathryn Green <kathryn.green@linde.com>; Brett Hughes <Brett.Hughes@linde.com>
**Subject:** Path Forward to Issuing Pipe Specifications and TSpecs

All –

1

Steps to issuing Pipe Specifications for LR6400 & LRSV200 and a set of Standard Plant Pipe Specification TSpecs. The pipe specifications for LR6400 and LRSV200 are currently being reviewed. Revised TSpecs will be issued after incorporation of the changes in B31.3 2018 edition (not yet published).

> As I mentioned in my complaint letter and Attachment 1, there are mistakes existing in these specs. I refused to sign my name on Husky 1 & 2 specs.

| Step | Project | Issued IFF | Responsibility | Approval |
|------|---------|:----------:|----------------|----------|
| Complete | Cowboy 01 | X | Kenny | Martin rev...approve |
| Complete | Husky 1 & 2 | X | Kenny | Martin rev...approve |
| Complete | GSP 200 Stock Plant | X | Kenny | Martin review and Project Engineer approve |
| 1 | LR6400 | | George/Kenny | Martin review and Project Engineer approve |
| 1 | LRSV200 | | George/Kenny | Martin review and Project Engineer approve |
| 2 | TSpecs | | George | Martin review and Eli approve pipe specifications Gregg Watson and Jerry Gump approve TSpec |
| | | | | |

> See previous page email, I never let Kenny involve in the job.

Best Regards,

Jerry Gump, P.E.
Manager of Engineering - Natural Gas

Linde Engineering North America Inc.
6100 South Yale Avenue, Suite 1200, Tulsa, Oklahoma 74136, USA
Phone: +1.918.477.1143, Cell: +1.469.343.9090
jerry.gump@linde.com, www.leamericas.com

## Attachment 3: Supplement Evidence

1.  Kenny Sharps is a young American WHITE engineer and has no experiences in materials, valves and piping specifications, etc. The manager Jerry Gump let Kenny do my jobs and take my job duties. Kenny could only copy the original documents. And, Kenny didn't know whether there were any mistakes in original documents. So, he made some big mistakes and made Linde lose money. My complaint letter and Attachment 1 show that I did an excellent work and Kenny made some big mistakes and lied and cheated everyone to hide and cover his mistakes. But, the manager ignored my excellent work, laid me off and let young American WHITE engineer do my job capabilities. So, I believed that I was discriminated by the manager because of my race and age.

2.  I was excluded all the project meetings. Also, I was excluded Linde's specs meeting, which is joined by some employees including all Linde Engineering North America locations. As a piping engineer, it's my job responsibilities to join these meetings. However, the manager let young American engineer replace me to attend the meetings. I believed that I was discriminated by the manager because of my race and age.

3.  The manager Jerry Gump didn't let me take equipment engineer job duties (I have capability as an equipment engineer) and hired a young American WHITE engineer in April, 2019. He intentionally made me be laid off. I believe that I was discriminated by race and age.

4.  I was excluded a piping meeting on 07/30/2019 or 07/31/2019. It means that the manager prepared to lay me off.

5.  On 08/21/2019, Linde started to look for mechanical engineer intern and electrical engineer intern (only two weeks after lay-off). It means that Linde's lay-off targeted on specific group people, old workers, and used new young workers to replace old workers.

6.  The manager ever insulted me faced to a project manager, Kathryn Green, and an Indian guy (estimated 32--35 years old), who is on phone in Houston, TX. in Jan. 2019, the manager Jerry Gump let me join a phone meeting with that Indian guy in Houston and Kathryn Green. Jerry Gump told that Indian guy with a contempt tone that "do you need George to make piping stress analysis model for you?" That Indian guy immediately laughed in phone, and Kathryn Green saw my face quickly.

7.  I was retaliated by the manager after I complained him on 05/10/2019. He gave me a lot of works to do and less time to finish. The manager pushed me very hard. Also, he asked a young engineer to check my work reaching up to the degree of nitpicking. The big problem is that the industrial process fluid Linde handles is NATURAL GAS LIQUIDS (NGL), which is combustible and explosive. The manager retaliated me and laid me off, let unexperienced and unqualified young American engineer do my job. The manager made public interest and safety exposed to dangerous situation because of NGL properties. The burning and explosion caused by NGL leak will possibly injury and kill plant workers and make public disaster happen.

8.  I was treated differently in Linde. When I requested Linde to fix the locks of the table drawers in July, 2019. Linde never cared my requests, and never fixed the drawer locks.

9.  I worked in a hostile environment, and was isolated and discriminated on my race and retaliated by the manager Jerry Gump. In Linde-Tulsa, everybody except me in his/her birthday got colleagues' best wish on birthday card and even some employees got lunch party to celebrate their birthdays. However, on my birthday (07/31/2019), I didn't get any best wish and a birthday card. Everything was silent on 07/31/2019.

Notes for Engineering Department Lay-off list:
1. All employees in engineering department are mark in rectangle.
2. That an employee is not noted or marked as engineer means that he is not an engineer.

EXHIBIT A

OLDER WORKERS BENEFIT PROTECTION ACT NOTICE AND DISCLOSURE

LENA is providing Employee and other eligible employees with information showing the number of employees who are eligible and ineligible for the Program described in this Agreement, by age and job title. Employees are "eligible" for the Program if LENA selected them for termination *and* they have been asked to execute a waiver and release of claims in connection with the Program. Employees listed as "ineligible" are ineligible either because they will not be terminated, or because they have not been asked to execute a waiver and release of claims in connection with the Program.

This employment termination program is applicable to employees assigned to LENA's Natural Gas Engineering, Process Engineering, Project Management and Procurement Groups who were selected for termination based on **job elimination, job function, critical skills, performance, abilities, effectiveness, versatility, value to continuing business operations, uniqueness, and reassignment potential**. LENA is providing information to Employee regarding the class, unit, or group considered in the selection decision for the Program.

employees laid off

| Job Title | Age | Eligible | Ineligible |
|---|---|---|---|
| Civil/ Structural Designer III | 70 | X | |
| Civil/ Structural Team Lead | 58 | | X |
| Civil/ Structural Team Lead | 69 | X | |
| Civil/ Structural Team Lead | 54 | | X |
| Document Control Specialist | 38 | | X |
| Document Control Specialist | 66 | | X |
| Electrical Engineer | 53 | | X |
| Engineering Group Leader | 78 | X | |
| Engineering Manager | 45 | X | |
| Engineering Manager I | 34 | | X |
| Engineering Manager III | 45 | | X |
| Equipment Senior Designer | 55 | | X |
| Executive Administrative Assistant | 46 | | X |
| Expeditor | 43 | | X |
| General Drafter | 37 | | X |
| Group Lead- Natural Gas Design | 62 | | X |
| I&C Senior Team Lead | 63 | | X |
| Instrument & Electrical Designer | 66 | X | |
| Instrument/Electrical/Controls Team Lead | 64 | | X |
| Instrumentation & Controls Engineer | 41 | | X |
| Lead Rotating Equipment Engineer | 75 | X | |
| Manager of Natural Gas Engineering | 61 | | X |
| Manager of Procurement | 47 | X | |
| Material Control Coordinator | 37 | | X |
| Material Control Coordinator | 46 | X | |
| Piping Design Engineer | 36 | | X |
| Piping Design Engineer | 36 | | X |

The person, a contractor, was retained.

Civil Engineer laid off--1 (older engineer)

Engineer laid off--2 (older engineer)

The younger coordinator was retained.

LENA Separation Agreement | Page 8 of 9

Two young engineers were retained.

| Job Title | Age | Eligible | Ineligible |
|---|---|---|---|
| Piping Designer II | 47 | X | |
| Piping Designer III | 52 | X | |
| Piping Engineer | 55 | X | |
| Piping Senior Designer | 45 | | X |
| Piping Senior Designer | 61 | | X |
| Principal Process Engineer | 58 | | X |
| Project Administrative Assistant | 42 | | X |
| Project Buyer | 45 | | X |
| Project Buyer II | 62 | X | |
| Project Buyer II | 38 | | X |
| Project Manager | 66 | X | |
| Project Manager I | 34 | | X |
| Project Procurement Manager, Natural Gas | 27 | | X |
| Proposal Development Admin Assistant | 34 | X | |
| Proposal Manager | 36 | | X |
| Proposal Manager | 43 | | X |
| Proposal Manager II | 34 | | X |
| Reproduction Clerk | 60 | X | |
| Rotating Equipment Engineer | 42 | | X |
| Senior Civil/Structural Eng | 71 | | X |
| Senior Proc Control Eng | 47 | X | |
| Senior Process Engineer | 41 | X | |
| Senior Static Equipment Engineer | 56 | | X |
| Sr Electrical Engineer | 76 | X | |
| Sr. Civil/Structural Engineer | 38 | | X |
| Static Equipment Engineer III | 34 | | X |
| Team Leader Piping Design | 61 | | X |

This is me, Engineer laid off--3 → (points to Piping Engineer)

Engineer laid off--5 (older engineer) → (points to Sr Electrical Engineer)

LENA Separation Agreement | Page 9 of 9